UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x

```
┌──────────────────────────────────┐
│ USDC SDNY                         │
│ DOCUMENT                          │
│ ELECTRONICALLY FILED              │
│ DOC #:                            │
│ DATE FILED: 2/6/2014              │
└──────────────────────────────────┘
```

MELANIE GOLD,

                                        Plaintiff,

          -against-                                    **Stipulation and Order of
                                                       Dismissal**

THE CITY OF NEW YORK, DEPUTY INSPECTOR
EDWARD WINSKI, SERGEANT BRIAN BYRNES,
LIEUTENANT FRANK VIVIANO, OFFICER                      13CV2142 (WHP) (KNF)
FRANCISCO DELGADO, POLICE OFFICERS JOHN
DOE AND RICHARD ROE,

                                        Defendants.

----------------------------------------------------------------------- x


          **WHEREAS,** the parties have reached a settlement agreement and now desire to

resolve the remaining issues raised in this litigation, without further proceedings and without

admitting any fault or liability;

          **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by

and between the undersigned, that

          1.     The above-referenced action is hereby dismissed with prejudice; and

2.    Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Herbert Teitelbaum
Siegel, Teitelbaum and Evans LLP
260 Madison Avenue, 22nd Floor
New York, NY 10016

By: _____
     Herbert Teitelbaum
     *Attorney for Plaintiff*

MICHAEL A. CARDOZO
Corporation Counsel of the
   City of New York
*Attorney for Defendants*
100 Church Street, Rm. 3-201
New York, New York 10007

By: _____
     Andrew Lucas
     *Assistant Corporation Counsel*

SO ORDERED:   Dated 2/6/2014

Vernon S. Broderick
United States District Judge

Dated: New York, New York
       _____, 2013

2